**Order filed January 8, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00777-CV

_____

## IN THE MATTER OF J.F., JR., a Juvenile

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2010-05571J**

## ORDER

Appellant's brief was due **November 22, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **February 7, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM